**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Todd C. KAESTER, Defendant–**
**Appellant.**

**No. 10–15297**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 15, 2011.

Peter J. Sholl, Stacie B. Harris, Robert E. O'Neill, David Paul Rhodes, Josephine W. Thomas, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Mary A. Mills, Donna Lee Elm, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Todd C. Kaester, Lecanto, FL, pro se.

Before MARCUS, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Mary A. Mills, appointed counsel for Todd C. Kaester in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kaester's conviction and sentence are **AFFIRMED**.